| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Illston, Susan Y. | 2. Court or Organization<br><br>U.S. District Court, N.D. Cal. | 3. Date of Report<br><br>10/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
450 Golden Gate Avenue
San Francisco, CA
94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Governors | Association of Business Trial Lawyers, Northern California |
| 2. | Custodian | Children's Insurance Policies |
| 3. | Custodian | Children's Annuities |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | JAMS, Inc. - payments |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UT Austin School of Law-- Texas Intellectual Property Law Journal | 2/19/15-2/22/15 | Austin, TX | Educational seminar or program | Travel, food, and lodging reimbursement |
| 2. | American Bar Association-- Section of Antitrust Law | 4/11/15-4/17/15 | Washington, DC | Educational seminar or progam | Travel, food, and lodging reimbursement |
| 3. | Sedona Conference | 6/3/15-6/9/15 | Hong Kong | Educational seminar or progam | Travel, food, and lodging reimbursement |
| 4. | Organisation for Economic Co-operation and Development | 6/10/15-6/17/15 | Paris | Educational seminar or progam | Travel, food, and lodging reimbursement |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

| 5. | American Bar Association-- Section of Antitrust Law | 11/11/15-11/13-15 | Washington, DC | Educational seminar or progam | Travel, food, and lodging reimbursement |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Cards | J |
| 2. | Citibank | Credit Cards | J |
| 3. | Schwab Bank | Credit Cards | J |
| 4. | Wells Fargo | Credit Cards | J |
| 5. | American Express | Credit Cards | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. Schwab Inst'l Rollover IRA | E | Int./Div. | O | T | | | | | |
| 2. Aberdeen Emerging Markets Fund | | | | | Buy | 03/15/15 | J | | |
| 3. Akre Focus Fund | | | | | | | | | |
| 4. Baxter International Inc. | | | | | Sold | 02/06/15 | J | A | |
| 5. Comcast | | | | | Sold (part) | 03/12/15 | K | D | |
| 6. Devon Energy | | | | | Buy | 08/27/15 | J | | |
| 7. Dodge & CDX Income Fund | | | | | Buy | 03/18/15 | K | | |
| 8. Dodge & CDX International | | | | | | | | | |
| 9. Emerson Electric | | | | | | | | | |
| 10. FPA Crescent Fund | | | | | | | | | |
| 11. General Electric | | | | | Buy | 03/25/15 | K | | |
| 12. General Electric | | | | | Buy | 05/07/15 | K | | |
| 13. General Electric | | | | | Buy | 08/24/15 | K | | |
| 14. General Electric | | | | | Buy | 09/04/15 | K | | |
| 15. General Motors | | | | | Buy | 07/09/15 | J | A | |
| 16. GS Bond Fund Inst | | | | | Buy | 05/07/15 | K | | |
| 17. GS - Structured Note | | | | | Redeemed | 02/23/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Google (Alphabet Inc.) | | | | | Buy | 01/06/15 | K | | |
| 19.  Google (Alphabet Inc.) | | | | | Buy | 09/01/15 | K | | |
| 20.  Google (Alphabet Inc.) | | | | | Buy | 10/01/15 | K | | |
| 21.  Halliburton | | | | | Buy | 03/17/15 | J | | |
| 22.  Harbor Cap Appreciation Fund | | | | | | | | | |
| 23.  Harbor International Fund | | | | | | | | | |
| 24.  Ishares Biotech Fund | | | | | Sold (part) | 07/25/15 | K | E | |
| 25.  J.P. Morgan | | | | | | | | | |
| 26.  Johnson and Johnson | | | | | Buy | 07/24/15 | K | | |
| 27.  Johnson and Johnson | | | | | Buy | 09/25/15 | K | | |
| 28.  Longleaf Partners Fund | | | | | Sold | 07/29/15 | K | A | |
| 29.  Loomis Sayles Bond Fund | | | | | | | | | |
| 30.  Loomis Sayles High Income | | | | | | | | | |
| 31.  Matthews China Small Company Fund | | | | | | | | | |
| 32.  Matthews Pacific Tiger Fund | | | | | Buy | 03/18/15 | J | | |
| 33.  Matthews Pacific Tiger Fund | | | | | Sold | 05/22/15 | K | A | |
| 34.  Metlife | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Microsoft | | | | | | | | | |
| 36. Oracle Corp. | | | | | Buy | 06/18/15 | K | | |
| 37. Oracle Corp. | | | | | Buy | 08/24/15 | K | | |
| 38. Oracle Corp. | | | | | Buy | 09/22/15 | K | | |
| 39. Osterweis Strategic Inc. Fund | | | | | Buy | 03/17/15 | K | | |
| 40. Pimco Total Return Fund | | | | | Sold | 03/16/15 | K | A | |
| 41. Range Resources | | | | | Buy | 07/22/15 | J | | |
| 42. Range Resources | | | | | Buy | 12/31/15 | K | | |
| 43. Roche ADR | | | | | Buy | 02/13/15 | J | | |
| 44. Roche ADR | | | | | Buy | 03/16/15 | J | | |
| 45. Roche ADR | | | | | Buy | 09/22/15 | J | | |
| 46. Roche ADR | | | | | Buy | 09/25/15 | K | | |
| 47. RS Partner Fund | | | | | Sold | 01/22/15 | J | A | |
| 48. Schlumberger LTD | | | | | Buy | 03/18/15 | K | | |
| 49. Schroder International Multicap | | | | | | | | | |
| 50. Schwab Advisor Standard (Cash) | | | | | | | | | |
| 51. Sequoia Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T. Rowe Price Inst. | | | | | Sold (part) | 10/01/15 | K | | |
| 53. Tweedy Browne Global | | | | | | | | | |
| 54. Vanguard Corp. Bond ETF | | | | | Sold | 05/07/15 | K | B | |
| 55. Vanguard Mortgage Backed Sec ETF | | | | | Sold | 05/07/15 | K | B | |
| 56. Vangaurd Total Bond Market Index | | | | | Sold | 03/17/15 | K | B | |
| 57. Vodaphone Group ADR | | | | | Sold | 03/20/15 | K | A | |
| 58. Vodaphone Group ADR | | | | | Sold | 05/14/15 | K | A | |
| 59. Wells Fargo Structured Note S&P 500 (Formerly GS) | | | | | Redeemed | 02/23/15 | J | | |
| 60. II. Schwab One Brokerage Inst'l | B | Int./Div. | N | T | | | | | |
| 61. Akre Focus Fund | | None | J | T | Buy | 10/01/15 | K | | |
| 62. Allergan Inc. | | None | K | T | Buy | 10/06/15 | K | | |
| 63. Antero Resources | | None | J | T | Buy | 12/30/15 | J | | |
| 64. Apple Computer | A | Dividend | J | T | | | | | |
| 65. Baron Emerg. Mrkt. | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 66. Cisco Systems | A | Dividend | K | T | Buy | 08/27/15 | J | | |
| 67. Cisco Systems | | None | | | Buy | 09/18/15 | J | | |
| 68. General Motors | A | Dividend | J | T | Buy | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. General Motors | A | Int./Div. | J | T | Buy | 07/14/15 | J | | |
| 70. GS Gold Mine Linked Note 2016 | | None | J | T | | | | | |
| 71. Halliburton | | None | | | Sold | 03/12/15 | J | A | |
| 72. Oaktree Cap. Grp. | A | Dividend | K | T | Buy | 07/06/15 | J | | |
| 73. Oaktree Cap. Grp. | | | | | Buy | 07/28/15 | J | | |
| 74. Oaktree Cap. Grp. | | | | | Buy | 09/01/15 | J | | |
| 75. Oaktree Cap. Grp. | | | | | Buy | 12/14/15 | J | | |
| 76. Qualcomm | A | Dividend | K | T | Buy | 09/18/15 | K | | |
| 77. Range Resources | | | | | Buy | 07/30/15 | J | | |
| 78. Range Resources | A | Dividend | J | T | | | | | |
| 79. Schwab Muni Money Fund | A | Dividend | L | T | | | | | |
| 80. Time Warner | A | Dividend | K | T | Buy | 09/02/15 | K | | |
| 81. III. Schwab SEP IRA | A | Int./Div. | N | | | | | | |
| 82. Apple Computer | A | Dividend | J | T | | | | | |
| 83. Barron Emerging Markets | A | Dividend | J | T | | | | | |
| 84. Schwab Cash Reserves Money Market Account | A | Dividend | K | T | | | | | |
| 85. Third Avenue Real Estate | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T Rowe Price Inst. | A | None | K | T | Buy | 06/08/15 | K | | |
| 87. Vanguard Corp. Bond ETF | A | Dividend | K | T | | | | | |
| 88. IV. Schwab Living Trust | C | Int./Div. | N | T | | | | | |
| 89. DOMIX | B | Int./Div. | K | T | Buy | 08/25/15 | J | | |
| 90. DSI | A | Dividend | K | T | Buy | 01/20/15 | J | | |
| 91. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 92. PARMX | A | Dividend | K | T | Buy | 01/13/15 | J | | |
| 93. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 94. PRBLX | A | Dividend | K | T | Buy | 01/13/15 | J | | |
| 95. PXWIX | B | Dividend | K | T | Buy | 01/15/15 | J | | |
| 96. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 97. VFTSX | A | Int./Div. | K | T | Buy | 03/30/15 | J | | |
| 98. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 99. Citibank account | A | Interest | N | T | | | | | |
| 100. Northwestern Mutual Life Insurance Assets | | | | | | | | | |
| 101. Northwestern Mut. Life Annuity | A | Interest | M | T | | | | | |
| 102. Northwestern Mutual Life Children's Insurance | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Northwestern Mutual Life Children's Annuities | A | Distribution | L | T | | | | | |
| 104. Northwestern Mutual Life Insurance Trust | | None | P1 | T | | | | | |
| 105. Chase Bank Account | A | Interest | O | T | | | | | |
| 106. Wells Fargo Bank account | A | Interest | K | T | | | | | |
| 107. Provident Federal Credit Union | A | Interest | O | T | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The prior (2014 Amended) report listed "Schwab U.S. Treas. FD (X)" on Line 41 of Part VII. Schwab U.S. Treas. FD was redeemed in whole (39,335.91) on June 17, 2014. It was not recorded as a sale; the account ceased to exist.

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan Y. Illston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544